UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                            2:09-cr-34-FtM-29DNF

MARK EVERETT SHARP
_____

**OPINION AND ORDER**

  This matter comes before the Court on Defendant's Motion to Permit Payment of Restitution As a Condition of Supervised Release (Doc. #73) filed on February 23, 2010. Defendant seeks an order of the court allowing him to make restitution payments as a condition of supervised release, as opposed to immediate restitution. Defendant made this request initially at the sentencing hearing, and the Court expressed uncertainty as to its legal authority to do so, even if so inclined. The Court gave defense counsel seven days to file a formal motion if he could find any legal authority. Defendant now refers the Court to 18 U.S.C. § 3572(d)(1). The government announced at the sentencing hearing that it opposed the motion, but did not anticipate filing a written response to any motion.

  Title 18 U.S.C. § 3572(d)(1) provides in relevant part: "A person sentenced to pay a fine or other monetary penalty, including restitution, shall make such payment immediately, unless, in the interest of justice, the court provides for payment on a date certain or in installments." The Court therefore has the

authority, in the interests of justice, to order restitution payments to begin at some time other than the usual requirement of immediately. In this case, defendant was sentenced to multiple terms of life imprisonment, and therefore deferring restitution payments until the beginning of his supervised release term would effectively negate the restitution obligation. The Court finds that it is not in the interest of justice to do so in this case.

Accordingly, it is now

**ORDERED:**

Defendant's Motion to Permit Payment of Restitution As a Condition of Supervised Release (Doc. #73) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __24th__ day of February, 2010.

JOHN E. STEELE
United States District Judge


Copies:
Counsel of Record